USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SHON MOBILEY,

Defendant.

No. 17-CR-515

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall video plea and sentencing is scheduled for Monday July 13, 2020 at 9:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

SO ORDERED.

Dated: July 8, 2020
New York, New York

Ronnie Abrams
United States District Judge