USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SHON MOBILEY,

             Defendant.

No. 17-CR-515

ORDER

RONNIE ABRAMS, United States District Judge:

    Earlier today, the Court held a violation of supervised release hearing by video conference. Mr. Mobiley admitted to specification 1 and was sentenced to a term of 8 months of incarceration; his previous term of supervised release was revoked and a new term of 28 months of supervision was imposed.

    Although Mr. Mobiley addressed the Court during the proceeding, both by answering questions and making comments of his own accord, the Court now realizes that it never provided him a formal opportunity to address the Court after the lawyers spoke but prior to the imposition of sentence. Mr. Mobiley shall advise the Court whether he seeks the opportunity to do so. If so, the Court will schedule another proceeding and consider any statements he chooses to make.

SO ORDERED.

Dated:   July 13, 2020
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge